AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC =4:50
RECEIVED AUG 1 '24

| United States of America | ) |
| v. | ) Case: 1:24-cr-00113 |
| Dylan Giron | ) Assigned to: Judge Contreras, Rudolph |
|  | ) Assign Date: 8/1/2024 |
|  | ) Description: SUPERSEDING INDICTMENT (B) |
| Defendant | ) Related Case No: 24-cr-113 (RC) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dylan Giron
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 371, 2119 (Conspiracy to Commit Carjacking)
18 U.S.C. § 2119 (Carjacking)
18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, Possessing, and Brandishing a Firearm in Furtherance of a Crime of Violence or Drug Trafficking Offense)
18 U.S.C. § 2 (Aiding and Abetting)

Date:   08/01/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 8/1/24 | , and the person was arrested on *(date)* 8/12/24 |
| at *(city and state)* WASHINGTON, DC | 8/12/24 |
| Date:   8/13/24 | *Arresting officer's signature* |
|  | GREGORY HARTMAN   SA FBI |
|  | *Printed name and title* |